**ROBERT C. JAROSH**
**KARA L. ELLSBURY**
Hirst Applegate LLP
1720 Carey Avenue, Suite 400
P.O. Box 1083
Cheyenne, Wyoming 82003-1083
307-632-0541
rjarosh@hirstapplegate.com
kellsbury@hirstapplegate.com

**BOBBEE J. MUSGRAVE** (*pro hac vice*)
**STEVEN J. PERFREMENT** (*pro hac vice*)
**CRAIG K. SCHUENEMANN** (*pro hac vice*)
Bryan Cave HRO
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
303-861-7000
bobbee.musgrave@bryancave.com
steven.perfrement@bryancave.com
craig.schuenemann@bryancave.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NORTHWEST PIPELINE GP, a Delaware general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON MINING, INC., a Missouri corporation, and WESTMORELAND KEMMERER, INC., a Delaware corporation,<br><br>Defendants. | Civil No. 12-CV-021F |

*MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFF'S CLAIMS ALLEGING STRICT LIABILITY*

Defendants Chevron Mining Inc. ("Chevron") and Westmoreland Kemmerer, Inc. ("Westmoreland") [hereinafter "Defendants"], pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Court for summary judgment as to all claims asserted in Northwest Pipeline GP's ("Northwest") Amended Complaint to the extent that they are based on a strict liability standard. Wyoming law does not support the application of strict liability under the circumstances of this case.

In support of their motion, Defendants rely upon the *Memorandum in Support of Defendants' Partial Motion for Summary Judgment Regarding Plaintiff's Claims Alleging Strict Liability* filed contemporaneously herewith, and all other pleadings and papers on file in this matter.

Dated: 1 February 2013.

CHEVRON MINING, INC. and
WESTMORELAND KEMMERER, INC.,
Defendants

BY: _____
ROBERT C. JAROSH, #6-3497
KARA L. ELLSBURY, #7-4692
OF HIRST APPLEGATE, LLP
1720 Carey Avenue, Suite 400
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
rjarosh@hirstapplegate.com
kellsbury@hirstapplegate.com

and

BOBBEE J. MUSGRAVE (*pro hac vice*)
STEVEN J. PERFREMENT (*pro hac vice*)
CRAIG K. SCHUENEMANN (*pro hac vice*)
OF BRYAN CAVE HRO
1700 Lincoln Avenue, Suite 4100
Denver, Colorado 80203
303-861-7000

*Attorneys for Chevron Mining Inc. and Westmoreland Kemmerer, Inc.*

## CERTIFICATE OF SERVICE

I certify the foregoing *Motion for Partial Summary Judgment Regarding Plaintiff's Claims Alleging Strict Liability* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 1 February 2013, and that copies were served as follows:

| | |
|---|---|
| Paul J. Hickey<br>Hickey & Evans, LLP<br>1800 Carey Avenue, Suite 700<br>P. O. Box 467<br>Cheyenne, WY 82003-0467<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Alan L. Sullivan/Jared C. Fields<br>Snell & Wilmer, LLP<br>15 West South Temple, Suite 1200<br>Gateway Tower West<br>Salt Lake City, UT 84101-1531<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

*/s/ Norma J. Hubka*
OF HIRST APPLEGATE, LLP
Attorneys for Defendants