

FILED

9:35 am, 10/9/13
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NORTHWEST PIPELINE GP, a Delaware general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON MINING, INC., a Missouri corporation, and WESTMORELAND KEMMERER, INC., a Delaware corporation,<br><br>Defendants. | Case No. 12-CV-021-F |

ORDER DISMISSING WITH PREJUDICE

This matter is before the Court on the Parties' Stipulation for Dismissal with Prejudice.

IT IS ORDERED the above case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED the Parties shall bear their own costs and attorneys' fees.

Dated this 9 day of October, 2013.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE